UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|   |   |   |
|---|---|---|
| In re | : | Case No. 17 - 15965 |
| Ethan A. & Carolyn Riley | : | (Chapter 13) |
| Debtors. | : | |
|   | : | Hon. Ashely M. Chan |
|   | : | |

# ORDER

AND NOW, upon consideration of Debtors' Motion for Sanctions for Violation of the Automatic Stay, and any responses thereto, it is hereby ORDERED that

a) Debtors' Motion for Sanctions for Violation of the Automatic Stay is GRANTED;

b) this Court finds Forward Financing in civil contempt of its September 1, 2017 Order; and

c) a damages hearing is hereby scheduled on _____, 2024, at _____, **in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 4, Philadelphia, Pennsylvania, 19107-4299**.

DATE:                                        BY THE COURT:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge